IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIE FRED LEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:19-CV-2690-L-BN** |
| | § | |
| **DALLAS COUNTY; DALLAS COUNTY HOSPITAL DISTRICT; and TEXAS DEPARTMENT OF CRIMINAL JUSTICE,** | § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

On February 18, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 66) was entered, recommending that the court grant Dallas County Hospital District's Motion for Summary Judgment (Doc. 38) on its affirmative defense of limitations and dismiss with prejudice all claims against it, but deny Dallas County's Motion for Summary Judgment (Doc. 51) on its affirmative defense of limitations. No objections to the Report were filed and the deadline for doing so has expired.

Having considered the motions, briefs, evidence, the file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Dallas County Hospital District's Motion for Summary Judgment (Doc. 38) on its affirmative defense of limitations and **dismisses with prejudice** all claims asserted against it by Plaintiff; and **denies** Dallas County's Motion for Summary Judgment (Doc. 51) on its affirmative defense of limitations.

**It is so ordered** this 10th day of March, 2022.

_____
Sam A. Lindsay
United States District Judge